H01546

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

RECEIVED DEC 12 2005 US RHODE ISLAND

UNITED STATES OF AMERICA

V.

DOMINGO A. GONZALEZ

## WARRANT FOR ARREST

CASE NUMBER: 1:05M151A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest DOMINGO A. GONZALEZ
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO DISTRIBUTE 5 KILOS OR MORE OF COCAINE; POSSESSION WITH INTENT TO DISTRIBUTE 500 GRAMS OR MORE OF COCAINE; POSSESSION WITH INTENT TO DISTRIBUTE COCAINE; POSSESSION OF A FIREARM DURING AND IN RELATION TO A DRUG TRAFFICKING CRIME

in violation of Title 21 United States Code, Section(s) 846, 841(a)(1)&(b)(1)(A); 841(a)(1)&(b)(1)(B) 841(a)(1)&(b)(1)(C) & 18 U.S.C. 924(C)

| | |
|---|---|
| LINCOLN D. ALMOND | UNITED STATES MAGISTRATE JUDGE |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 12-12-2005 PROVIDENCE, RHODE ISLAND |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ __________ by __________
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at Gallatin St, Providence, RI by DEA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/12/2005 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 12/17/2005 | | |

This form was electronically produced by Elite Federal Forms, Inc.