UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 05-137-06T |
| | ) | |
| DOMINGO GONZALEZ | ) | |

DEFENDANT DOMINGO GONZALEZ' MOTION TO EXTEND TIME TO PREPARE AND FILE PRETRIAL MOTIONS

Now comes the Defendant Domingo Gonzalez and moves that the period of time in which he be permitted to file pretrial motions be extended to and through March 13, 2006. The requested extension is about 6 ½ weeks. There are a number of factors that support this request.

One significant factor that is the basis for this request is the large volume of discovery which the government has provided, principally in the form of intercepted wire communications. These materials have been provided on two compact discs. One disc appears to have 6776 files and the other disc appears to have 693 files. These files are both audio and text files. The defense anticipates that many of these files may contain little information and that the text files are either summaries of the audio files or translations of the audio files. Nevertheless, the need to review this discovery remains a daunting task. The task is further complicated by the fact that many (if not all) of the conversations appear to be in Spanish and the further fact that many of the text files are not complete translations of the tapes, but summaries of the translations.

A second factor is the need to review the tangible evidence in the possession of the government, particularly the video recordings.

A third factor complicating preparation of this case is the fact that for some, though not all, communication with the defendant, counsel is using an interpreter.

In addition, there are legal issues in this case that will require some considerable research, particularly given that there are six defendants in this case and a conspiracy allegation.

For all of these reasons the defense requests the aforesaid extension of time.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount. The Defendant would suggest and agree that the period of time extend through the resolution of any pretrial motions which are filed.

There has been no previous delay related to the subject matter of this motion, which is excludable, though the defense notes that the arraignment and pretrial discovery order excluded a period of ten days.

Domingo Gonzalez
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Adi Goldstein, Esq., of the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 26 day of January, 2006.