UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 05-137-06T |
| | ) | |
| DOMINGO GONZALEZ | ) | |

MOTION TO VACATE TRIAL ASSIGNMENT DATE

Now comes the defendant and moves to vacate the assignment of this case to the trial calendar for February 21, 2006. In support of said motion the defendant submits the attached memorandum of law.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount.

There has been no previous delay related to the subject matter of this motion, which is excludable, though the defense notes that the arraignment and pretrial discovery order excluded a period of ten days and the defendant has previously filed a motion to extend the time to file pretrial motions.

Domingo Gonzalez
By his Attorney,

Robert B. Mann

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Adi Goldstein, Esq., at the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 3 day of February, 2006.

______________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 05-137-06T |
| | ) | |
| DOMINGO GONZALEZ | ) | |

MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO VACATE TRIAL ASSIGNMENT DATE

The defendant has moved to vacate the trial assignment date in this case. There are a number of reasons for this request. The defendant has previously filed a motion to extend the time to file pretrial motions and other than the motion to extend time, pretrial motions have not yet been filed by the defendant. As set forth in the motion to extend time, this case has a large volume of discovery, principally in the form of intercepted wire communications. In addition, the tangible evidence in the possession of the government has not yet been reviewed. The legal issues in this case appear to be complicated and require additional work. Finally, there is a language issue in this case. The defendant in this case speaks some English, but the use of an interpreter is necessary some of the time. In addition, many, if not all, of the intercepted wire communications are in Spanish and the translations provided by the government in many cases are apparently summaries, not complete translations of the intercepted communications.

For all of these reasons, the defense asks that the request to vacate the assignment of this case to trial be granted.

Domingo Gonzalez
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Adi Goldstein, Esq., at the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 3 day of February, 2006.