UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR 05-137-06T
)
DOMINGO GONZALEZ )

DEFENDANT DOMINGO GONZALEZ' MOTION TO EXTEND TIME TO PREPARE AND FILE PRETRIAL MOTIONS and TO VACATE TRIAL ASSIGNMENT DATE

Now comes the Defendant Domingo Gonzalez and moves that the period of time in which he be permitted to file pretrial motions be extended to and through March 20, 2006 and that the trial date in this case be vacated. The defense is authorized to state that the Government has no objection to this motion.

There are a number of factors that support this request. On March 1, 2006, the defense received from the government written synopses of telephone conversations for the period from December 8 through December 11, 2005. These synopses total about 125 pages. The defense anticipates the synopses provided by the government will be helpful. There remains the question of whether the government can or will further specify the telephone calls, if any, it anticipates using at trial.

Second, on March 1, 2006, the defense received from the government a surveillance tape. Third, the government has said it will inform the defense if there were any fingerprints recovered from drugs or a firearm seized from the car in which the defendant was a passenger.

Fourth, counsel for the defendant needs some additional time in light of the receipt of the evidence described above and the anticipated receipt of the information vis-

à-vis fingerprints, to review these matters with his client in a manner that will permit the client to make a timely decision as to whether or not to plead.

Finally, counsel for the defendant in this matter represents the defendant in State v. Aubin, K2-2005-0107A which is scheduled to start trial, on a date certain, on March 27, 2006, and expected to last about one to two weeks. That case has been scheduled for trial for a considerable period of time. Many of the witnesses in that case are health care providers and their availability has been arranged for that period of time.

For all of the aforesaid reasons, the defense moves that the period of time to file pretrial motions be extended to and through March 20, 2006, and the trial date in this case be vacated.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount. The Defendant would suggest and agree that the period of time extend through the resolution of any pretrial motions which are filed.

There has been no previous delay related to the subject matter of this motion, which is excludable, though the defense notes that the arraignment and pretrial discovery order excluded a period of ten days and the defense has previously filed motions to extend the time to file pretrial motions and vacate a prior trial date, all of which has caused prior excludable delay.

Domingo Gonzalez
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Adi Goldstein, Esq., of the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 3 day of March, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 05-137-06T |
| | ) | |
| DOMINGO GONZALEZ | ) | |

MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT DOMINGO GONZALEZ' MOTION TO EXTEND TIME TO PREPARE AND FILE PRETRIAL MOTIONS and TO VACATE TRIAL ASSIGNMENT DATE

The defense has filed a motion to extend the time to file pretrial motions and to vacate the trial assignment date. The government does not object to this motion. As set forth in the motion, the defense has recently received some discovery and anticipates receiving an answer on the fingerprint issue. For those reasons and additional reasons set forth in the motion the defense requests the extension of time to file pretrial motions and that the trial date in this case be vacated.

Domingo Gonzalez
By his Attorney,

[signature]

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Adi Goldstein, Esq., of the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 3 day of March, 2006.

[signature]