UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
MAR 0 7 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
v. ) CR 05-137-06T
)
DOMINGO GONZALEZ )

DEFENDANT DOMINGO GONZALEZ'S ESTIMATE OF TIME TO PRESENT CASE

In accordance with the pretrial order, the defendant estimates that if he elects to present a case, the time required would be one day. The defendant would note that he has filed an unopposed motion to extend the time to file pretrial motions and to vacate the trial date.

Domingo Gonzalez
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Adi Goldstein, Esq., at the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 7th day of March, 2006.