UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 05-137-06T |
| | ) | |
| DOMINGO GONZALEZ | ) | |

DEFENDANT DOMINGO GONZALEZ' MOTION TO EXTEND TIME TO PREPARE AND FILE PRETRIAL MOTIONS

Now comes the Defendant Domingo Gonzalez and moves that the period of time in which he be permitted to file additional pretrial motions be extended to and through March 27, 2006 or such other time as the Court will allow. There is presently a conference scheduled in this case for March 22, 2006. The defense is seeking additional time after the conference in which to file further motions, if any.

There are a number of factors that support this request. About March 1, 2006, the defense received from the government written synopses of telephone conversations for the period from December 8 through December 11, 2005. The defense has reviewed those synopses, which total about 125 pages.

Second, about March 1, 2006, the defense received from the government a surveillance tape. The defense has reviewed that surveillance tape.

Third, the government has said it will inform the defense if there were any fingerprints recovered from drugs or a firearm seized from the car in which the defendant was a passenger.

Fourth, counsel for the defendant has learned that defendant Christopher Garcia has signed an agreement to plead guilty. The defense is still seeking to assess the impact of that development on his case.

For all of the aforesaid reasons, the defense moves that the period of time to file pretrial motions be extended to and through March 27, 2006, or such other time as the Court determines.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount. The Defendant would suggest and agree that the period of time extend through the resolution of any pretrial motions which are filed.

There has been no previous delay related to the subject matter of this motion, which is excludable, though the defense notes that the arraignment and pretrial discovery order excluded a period of ten days and the defense has previously filed motions to extend the time to file pretrial motions and vacate a prior trial date, all of which has caused prior excludable delay.

Domingo Gonzalez
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Adi Goldstein, Esq., of the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 20th day of March, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 05-137-06T |
| | ) | |
| DOMINGO GONZALEZ | ) | |

MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT DOMINGO GONZALEZ' MOTION TO EXTEND TIME TO PREPARE AND FILE PRETRIAL MOTIONS

The defense has filed a motion to extend the time to file pretrial motions For the reasons set forth in the motion, the defense requests the additional time to file further pretrial motions, if any.

Domingo Gonzalez
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Adi Goldstein, Esq., of the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 20th day of March, 2006.