UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 05-137-06T |
| | ) | |
| DOMINGO GONZALEZ | ) | |

MOTION TO REQUIRE NOTICE OF INTENTION TO USE

"OTHER CRIMES, WRONGS, OR ACTS" EVIDENCE

OR "SPECIFIC INSTANCES OF CONDUCT" EVIDENCE.

Now comes the Defendant and moves that the government be required to give notice, in advance, of its intention to use "Other Crimes, Wrongs, or Acts" Evidence or "Specific Instances of Conduct" Evidence. In support of said motion, the Defendant submits the attached memorandum of law.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount. The Defendant would suggest and agree that the period of time extend through the resolution of any pretrial motions which are filed.

There has been no previous delay related to the subject matter of this motion, which is excludable, though the defense notes that the arraignment and pretrial discovery order excluded a period of ten days and the defense has previously filed motions to

extend the time to file pretrial motions and vacate a prior trial date, all of which has caused prior excludable delay.

Domingo Gonzalez
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Adi Goldstein, Esq., of the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 20th day of March, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 05-137-06T |
| | ) | |
| DOMINGO GONZALEZ | ) | |

MEMORANDUM OF LAW IN SUPPORT OF

MOTION TO REQUIRE NOTICE OF INTENTION TO USE

"OTHER CRIMES, WRONGS, OR ACTS" EVIDENCE

OR "SPECIFIC INSTANCES OF CONDUCT" EVIDENCE.

F.R.Evid.404(b) deals with evidence of other crimes, wrongs, or acts. It requires the government, on request by the accused, to "provide reasonable notice in advance of trial, or during trial, if the court excuses pre-trial notice on good cause shown, of the general nature of any such evidence it intends to introduce at trial."

The use of the phrase "at trial" is significant. As the notes to the 1991 amendment state "The amendment requires the prosecution to provide notice, regardless of how it intends to use the extrinsic act evidence at trial, i.e., during its case in chief, for impeachment, or for possible rebuttal. Notes to 1991 amendment. The Notes further make clear that satisfaction of the notice requirement is a condition precedent to the admissibility of 404(b) evidence.

For these reasons, the motion should be granted.

Domingo Gonzalez
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Adi Goldstein, Esq., of the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 20th day of March, 2006.