UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 05-137-06T |
| | ) | |
| DOMINGO GONZALEZ | ) | |

CONDITIONAL MOTION TO SEVER DEFENDANTS CHRISTOPHER GARCIA AND DOMINGO GONZALEZ AND HAVE DEFENDANT GARCIA'S TRIAL PROCEED FIRST

Now comes the defendant and moves to sever his trial from the trial of the defendant Christopher Garcia, in the event that Christopher Garcia does not plead guilty. The defendant further moves that in the event that Christopher Garcia does not plea guilty that his trial take place prior to the trial of this defendant. In support of said motion, the defendant submits the attached memorandum of law. In conjunction with this motion, the defense asks for a pre-trial voir dire of Christopher Garcia.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount. The Defendant would suggest and agree that the period of time extend through the resolution of any pretrial motions which are filed.

There has been no previous delay related to the subject matter of this motion, which is excludable, though the defense notes that the arraignment and pretrial discovery

order excluded a period of ten days and the defense has previously filed motions to extend the time to file pretrial motions and vacate a prior trial date, all of which has caused prior excludable delay.

Domingo Gonzalez
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Adi Goldstein, Esq., at the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 27 day of March, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 05-137-06T |
| | ) | |
| DOMINGO GONZALEZ | ) | |

MEMORNANDUM OF LAW IN SUPPORT OF
CONDITIONAL MOTION TO SEVER DEFENDANTS CHRISTOPHER
GARCIA AND DOMINGO GONZALEZ AND
HAVE DEFENDANT GARCIA'S TRIAL PROCEED FIRST

The defendant Gonzalez believes that the defendant Christopher Garcia has signed a plea agreement. This motion is filed only in the event that Christopher Garcia does not plead guilty. In that case, the defendant requests that his case be severed from that of the defendant Christopher Garcia and that the trial of Christopher Garcia proceed first. The reason for this request is the desire of the defendant Gonzalez to call Christopher Garcia as a witness. The defense would request a pre-trial voir dire of Christopher Garcia. The defense believes that such a hearing is necessary to insure that the Christopher Garcia will not take the Fifth Amendment at trial. Defense counsel has not been allowed by Christopher Garcia's counsel to interview him, and for that reason makes the request for a pre-trial voir dire of Christopher Garcia.

Domingo Gonzalez
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Adi Goldstein, Esq., at the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 27 day of March, 2006.