UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 05-137-06T |
| | ) | |
| DOMINGO GONZALEZ | ) | |

DEFENDANT DOMINGO GONZALEZ' MOTION TO EXTEND TIME AND FOR ASSISTANCE OF THE COURT INTERPRETER

The pretrial order in this case requires the defense to file a memorandum on or before April 11, 2006. The defense has previously filed a statement of its estimate of the length of time to present its case (one day), and of questions for prospective jurors. The defense requests an extension of time to and through April 17, 2006, in which to file its pretrial memorandum.

The defense also requests to and through April 17, 2006, in which to comply with LR CR. 23(b) concerning the use of recorded testimony or evidence at trial. In this case, the government mailed the defense a list of recorded conversations to be offered by the government on April 4, 2006. Local Rule Cr 23(b) requires a response by the defense within seven (7) days after such transcripts have been furnished or such other period of time as the Court may allow. The defense believes that the Rules would allow the defense through April 17, 2006, assuming the computation of time excludes the additional three days allowed for service of an item by mail, but files this motion in an effort to insure the defendant's rights with respect to this issue are preserved. The defense notes that the transcripts are of conversations in Spanish. The defense asks that it be permitted to have the Court interpreter review these transcripts for accuracy, since the defendant is indigent. This would appear to be the most economical way to accomplish a

determination of the accuracy of the translations. The defense also anticipates reviewing these transcripts with his client but because counsel for the defendant has been engaged in another trial as set forth below, the defense simply has not had time to accomplish this result.

The defense makes this motion for an extension of time because he is presently representing the defendant in State v. Aubin, K2-2005-0107A. That trial, including motions, began on March 27. The trial has lasted somewhat longer than anticipated. The delay was caused by a number of matters, including a hearing on a motion for a mistrial and an individual voir dire of jurors thereafter and some time off from the trial because of scheduling issues. The present status of the trial is that the defense anticipates presenting an expert witness and the defendant as witnesses on April 10, 2006, and anticipates closing arguments on April 11, 2006. Given the above schedule, the defense requests the aforesaid extension of time.

The defense notes that the government has previously requested a trial date on or after April 25, 2006. In light of that request, the defense submits that the aforesaid request will not prejudice the government.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the filing and disposition of this Motion would constitute excludable time as defined by 18 U.S.C. Section 3161 (h)(1)(f), of an uncertain amount. The Defendant would suggest and agree that the period of time extend through the resolution of any pretrial motions which are filed.

There has been no previous delay related to the subject matter of this motion, which is excludable, though the defense notes that the arraignment and pretrial discovery order excluded a period of ten days and the defense has previously filed motions to extend the time to file pretrial motions and vacate a prior trial date, all of which has caused prior excludable delay.

Domingo Gonzalez
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Adi Goldstein, Esq., of the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 10 day of April, 2006.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 05-137-06T |
| | ) | |
| DOMINGO GONZALEZ | ) | |

DEFENDANT DOMINGO GONZALEZ' MEMORANDUM OF LAW IN SUPPORT OF MOTION TO EXTEND TIME AND FOR ASSISTANCE OF THE COURT INTERPRETER

The defense submits that the motion filed in this matter spells out the need for the requested relief. The defense would note it has requested permission to utilize the services of the Court interpreter with respect to the accuracy of the transcripts of recorded conversations, because these conversations are in Spanish.

Domingo Gonzalez
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Adi Goldstein, Esq., of the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 10 day of April, 2006.