UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 05-137-06T |
| | ) | |
| DOMINGO GONZALEZ | ) | |

**MOTION FOR A WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Now comes the petitioner, Domingo Gonzalez, and moves for a petition for a writ of habeas corpus ad testificandum for Christopher Zavala Mayi; Alias Christopher Garcia (C.A. No. 05-137T) now in the custody of the United States Government to be brought into Court on the 20th day of April, 2006 because said Christopher Zavala Mayi; Alias, Christopher Garcia is or may be a material witness in the above matter.

Wherefore, the petitioner prays that the aforesaid writ of habeas corpus ad testificandum issue.

Domingo Gonzalez
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that a copy of the above document was mailed or delivered to Adi Goldstein, Esq., at the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 17 day of April, 2006.

________________________