# United States District Court

DISTRICT OF

RECEIVED
APR 19 2006
US MARSHALS
RHODE ISLAND

SUBPOENA IN A CRIMINAL CASE

United States of America V. Domingo Gonzalez

CASE NUMBER:

CR05-137-06T

TO: Alejandro Pujols

[x] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| US District Court<br>One Exchange Terrace<br>Providence, RI 02903 | Courtroom 3- Judge Torres |
| | DATE AND TIME<br>Thursday, April 20, 2006 - 9:15am |

[ ] YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| | April 18, 2006 |
| (BY) DEPUTY CLERK | |
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER | |

AO 89 (Rev. 7/95) Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 4/18/06 | USMS D/RI |
| SERVED | 4/19/06 | USMS D/RI |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Alejandro Pujols | ☐ YES ☒ NO AMOUNT $ ____ |
| **SERVED BY (PRINT NAME)** | **TITLE** |
| CJ Wyant | SDUSM |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 4/21/06
*Date*

[signature]
*Signature of Server*

USMS D/RI
*Address of Server*

ADDITIONAL INFORMATION

DISTRICT OF RHODE ISLAND
DISTRICT COURT
2006 APR 21 P 1:23
FILED