**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** C.R. No. 05-137-6T

**DOMINGO GONZALEZ**

# VERDICT

| WE THE JURY FIND THE DEFENDANT | (Check one) | |
|---|---|---|
| DOMINGO GONZALEZ: | Guilty | Not Guilty |
| **Count 1** : 21 U.S.C. § 846<br><br>Conspiracy to possess 500 grams or more of cocaine with intent to distribute | ✓ | |
| **Count 2** : 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2<br><br>Possession with intent to distribute 500 grams or more of cocaine or aiding and abetting (with respect to cocaine found in basement and dropped by Cornelio Ozorio) | ✓ | |

| DOMINGO GONZALEZ: | Guilty | Not Guilty |
|---|---|---|
| **Count 4** : 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2<br><br>Possession with intent to distribute cocaine or aiding and abetting (with respect to cocaine found in Christopher Garcia's car) | ____ | √ |
| **Count 5** : 21 U.S.C. § 924(c) and 18 U.S.C. § 2<br><br>Possession of a firearm in furtherance of a drug trafficking crime or aiding and abetting | ____ | √ |