AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

United States of America v. Domingo Gonzalez

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR05-137-06T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Adi Goldstein, AUSA; Mary Rogers, AUSA | Robert Mann, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/19/06-4/21/06; 4/24/06 | Anne Clayton | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 4/19/06 | | | W-1 Anthony Cardello |
| 35A | | | X | | Disc Containing Intercepted Conversations (499-7936) |
| 35B | | | X | | Disc Containing Intercepted Conversations (427-5235) |
| 35C | | 4/19/06 | X | FULL | Disc Containing Recorded Conversations used at trial |
| 36A | | 4/19/06 | | FULL | Transcript for 12/10/05 recording between Pena & Pujols |
| 37A | | 4/19/06 | | FULL | Transcript for 12/10/05 recording between Pena & Pujols |
| 38A | | 4/19/06 | | FULL | Transcript for 12/10/05 recording between Pena & Pujols |
| 39A | | 4/19/06 | | FULL | Transcript for 12/11/05 recording between Pena & Pujols |
| 40A | | 4/19/06 | | FULL | Transcript for 12/11/05 recording between Pena & Ozorio |
| 41A | | 4/19/06 | | FULL | Transcript for 12/11/05 recording between Pena & Pujols |
| 42A | | 4/19/06 | | FULL | Transcript for 12/11/05 recording between Pena & Ozorio |
| 43A | | 4/19/06 | | FULL | Transcript for 12/11/05 recording between Ozorio & Pena |
| 44A | | 4/19/06 | | FULL | Transcript for 12/11/05 recording between Pena & Pujols |
| 45A | | 4/19/06 | | FULL | Transcript for 12/11/05 recording between Pena & Ozorio |
| 46A | | 4/19/06 | | FULL | Transcript for 12/11/05 recording between Pena & Ozorio |
| 47A | | 4/19/06 | | FULL | Transcript for 12/11/05 recording between Pena & Ozorio |
| | | 4/19/06 | | | W-2 Russell Henry |
| 23 | A-C | 4/19/06 | X | FULL | Video Surveillance CD |
| 9 | | 4/19/06 | X | FULL | Basement Chart |
| | | 4/19/06 | | | W-3 Joseph Colanduono |
| 26 | | 4/19/06 | X | FULL | Photograph - Lincoln Town Car |
| 1 | | 4/20/06 | X | FULL | Cocaine from Ozorio |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Domingo Gonzalez

CASE NUMBER: CR05-137-06T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1A | | | X | | Packaging - Cocaine from Ozorio |
| 10 | | | X | | Lincoln Town Car Keys |
| 28 | | 4/20/06 | X | FULL | Photograph - Close-up of Cocaine from Basement of 234 Gallatin Street |
| | | 4/19/06 | | | W-4 Raymond Angell |
| 27 | | 4/19/06 | X | FULL | Photograph - Cocaine in Basement of 234 Gallatin |
| 8 | | 4/19/06 | X | FULL | Gonzalez's Cell Phone |
| | | 4/19/06 | | | W-5 James McCormack |
| 30 | | 4/20/06 | X | FULL | Photograph - Hidden Compartment in Lincoln Town Car |
| 31 | | 4/20/06 | X | FULL | Photograph - Close-up of Hidden Compartment |
| 5 | | 4/20/06 | X | FULL | Cocaine from Lincoln Town Car |
| 33 | | 4/2006 | X | FULL | Photograph - Gun Compartment |
| 6A, 6B, 6C | | 4/20/06 | X | FULL | 6A: .22 Caliber Taurus Handgun; 6B Magazine for Handgun; 6C Bullets |
| 7 | | 4/20/06 | X | FULL | Digital Scale |
| 11 | | 4/20/06 | X | FULL | Christopher Garcia Car Registration |
| 2 | | 4/20/06 | X | FULL | Cocaine from Basement |
| | | | | | W-6 Dennis Smith |
| 2A | | | X | | Packaging - Cocaine from Basement |
| 3A | | 4/20/06 | X | FULL | White Heat Sealer |
| 3B | | 4/20/06 | X | FULL | Black Heat Sealer |
| 4 | | 4/20/06 | X | FULL | Vacuum Storage Bags |
| | | 4/20/06 | | | W-7 Daniel J. Ford |
| 14 | | 4/20/06 | X | FULL | Pujols Cell Phone |
| 15 | | 4/20/06 | X | FULL | Pena Nextel Cell Phone |
| 16 | | 4/20/06 | X | FULL | Pena T-Mobile Cell Phone |
| | | 4/20/06 | | | W-8 Jaime Schiffer |
| | | 4/20/06 | | | W-9 Jo-Ann Paolino-Reall |
| | | 4/20/06 | | | W-10 Andrew Arnold |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Domingo Gonzalez

CASE NUMBER: CR05-137-06T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 20 | | 4/20/06 | X | FULL | Gonzalez Nextel Toll Records |
| 22 | | 4/20/06 | X | FULL | Alejandro Pujols Toll Records |
| | | 4/20/06 | | | W-11 Maureen Craig |
| | | 4/20/06 | | | W-12 Colma Gonzalez |
| | | 4/20/06 | | | W-13 Isabel Ribeiro |
| | | 4/21/06 | | | W-14 Jose Deleon |
| | | 4/21/06 | | | W-15 Domingo Gonzalez |
| 48 | | 4/21/06 | | | Christopher Garcia Toll Records |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |