UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 05-137-06T |
| | ) | |
| DOMINGO GONZALEZ | ) | |

DEFENSE SUPPLEMENTAL INSTRUCTION AS TO COUNT V

COUNT V

4. POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME (DEFENSE PROPOSED INSTRUCTION)

[Defendant] is accused of possessing a firearm in furtherance of a drug trafficking crime. It is against federal law to possess a firearm in furtherance of a drug trafficking crime. For you to find [defendant] guilty of this crime, you must be satisfied that the government has proven each of the following things:

First, [defendant] committed the crime of trafficking, described in Counts 2 or 4; and

Second, [defendant] knowingly possessed a firearm in furtherance of the commission of that crime.

The word "knowingly" means that an act was done voluntarily and intentionally, not because of mistake or accident.

A defendant's possession of a firearm is "in furtherance of" a crime if the firearm possession made the commission of the underlying crime easier, safer or faster, or in any other way helped the defendant commit the crime. There must be some connection

between the firearm and the underlying crime, but the firearm need not have been actively used during the crime.

In order for you to convict the defendant of this charge, you must unanimously agree that the defendant committed either the crime described in Count 2 or the crime described in Count 4. In addition, you must unanimously agree the firearm was possessed in furtherance of the commission of a particular count. Put in other words, all twelve of you must agree that the firearm was possessed in furtherance of the commission of Count 2 or 4, but if some of you agree it was possessed in furtherance of the commission of Count 2 and the remainder of you agree it was possessed in furtherance of Count 4, you may not convict the defendant of this Count 5. In order to convict the defendant of Count 5, all twelve of you must agree that the firearm was possessed in furtherance of one or the other of Counts 2 or 4.

Pattern Criminal Jury Instructions for the District Courts of the First Circuit §4.18.924, with adaptation for this case.

Domingo Gonzalez
By his Attorney,

Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

## CERTIFICATION

I hereby certify that a copy of the above document was mailed or delivered to Adi Goldstein, Esq., at the Office of the United States Attorney, 8th floor, Fleet Center, Providence, RI 02903 or their office on the 20th day of April, 2006.

[signature] ______________________