IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Cr. No. 05-137T |
| | ) | |
| DOMINGO GONZALEZ | ) | |

GOVERNMENT'S MOTION TO RELEASE DRUG EVIDENCE

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Adi Goldstein, Assistant U.S. Attorney, and moves the Court to release government exhibits 1 and 2 to the government for safekeeping. Exhibits 1 and 2 each consist of approximately one kilogram of cocaine. In support of its motion the government states that, because of the nature of this contraband, the Drug Enforcement Administration normally maintains custody of this evidence after the conclusion of trial until the conclusion of any appeal or collateral attack. The evidence will be kept in a secured location and will be returned to court for future proceedings, should the need arise.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys:

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of July, 2006, I caused to be sent by regular first class mail a true copy of the within Government's Motion to Release Drug Evidence to:

Robert B. Mann, Esq.
One Turks Head Building
Suite 610
Providence, Rhode Island

______________________