IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Cr. No. 05-137T |
| | ) | |
| DOMINGO GONZALEZ | ) | |

GOVERNMENT'S AMENDED MOTION TO RELEASE EVIDENCE

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Adi Goldstein, Assistant U.S. Attorney, and moves the Court to release the following items which were admitted into evidence during trial in the above entitled matter: Exhibits 1 & 1a (cocaine and packaging); Exhibits 2 & 2a (cocaine and packaging); Exhibit 5 (cocaine); Exhibits 6a, 6b, and 6c (handgun, magazine, and bullets). In support of its motion the government states that, because these exhibits consist of controlled substances and a firearm, they would be more safely stored by the Drug Enforcement Administration (DEA) in its evidence vault. The DEA normally maintains custody of this evidence following a trial until the conclusion of any appeal or collateral attack. The evidence will be kept in a secured location and will be returned to court for future proceedings, should the need arise.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys:

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I certify that I mailed the within motion, first class mail, postage prepaid, to Robert B. Mann, Esq. One Turks Head Building Suite 610, Providence, Rhode Island, on July 21, 2006.

____________________________