IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
AUG 0 7 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Cr. No. 05-137T |
| | ) | |
| DOMINGO GONZALEZ | ) | |

ORDER

This Court has reviewed the Government's Amended Motion to Release Evidence, and, having received no objection by the Defendant, it is hereby ORDERED:

Exhibits 1 & 1a (cocaine and packaging), Exhibits 2 & 2a (cocaine and packaging), Exhibit 5 (cocaine), Exhibits 6a, 6b, and 6c (handgun, magazine, and bullets), which were admitted into evidence at trial in the above entitled matter, are to be released to the custody of the Drug Enforcement Administration (DEA), Providence Resident Office. The DEA shall preserve and maintain custody of said items until this Court orders otherwise.

SO ORDERED this 9 day of August, 2006, in Providence, Rhode Island.

Ernest C. Torres

ERNEST C. TORRES
Chief Judge
United States District Court