**United States District Court**
**for the District of Rhode Island**

UNITED STATES OF AMERICA

vs. Case No. CR05-137-06T

DOMINGO GONZALEZ

**RETURN RECEIPT FOR EXHIBITS**

Government Exhibit #s : 1 and 1A - Cocaine and Packaging; 2 and 2A - Cocaine and Packaging; 5 - Cocaine and Packaging as One Exhibit; 6A, 6B, and 6C - Handgun, Magazine and Bullets.

David A. DiMarzio
Clerk of Court

By: ______________________
Deputy Clerk

Received by: ______________________

Print Name: Michael Naylor

Date: 8/31/06