UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 05-137-06T |
| | ) | |
| DOMINGO GONZALEZ | ) | |

MOTION TO EXTEND TIME TO FILE SUPPLEMENTAL MEMORANDUM

Now comes the defendant and moves to extend the time in which to file a supplemental memorandum to and through January 8, 2007. In support of said motion, counsel for the defendant states that he has spoken with the Court reporter about the time it would take to complete the transcripts (jury instructions including objections and bench conferences re the same and judgment of acquittal arguments and rulings on the same) and been informed they would likely be completed either December 29, 2006, or January 2, 2007. Based on the above, the defense is simply seeking about a week to write the memorandum, after receipt of the transcripts. The defense did confirm that adding the transcript of the judgment of acquittal arguments would not lengthen the time needed to complete these transcripts. The defense would note that both of these transcripts will be required for an appeal, so that this is not adding to the sum of transcripts that will eventually be required in this case, assuming an appeal is taken.

CERTIFICATION PURSUANT TO 18 U.S.C. section 3161(h)

The defense does not believe that this post-plea motion is governed by 18 U.S.C. §3161(h).

Domingo Gonzalez
By his Attorney,

/s/Robert B. Mann_____________
Robert B. Mann #153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770

**CERTIFICATION**

I hereby certify that on this 18th day of December, 2006, I did send a true copy of the within document by electronic means (ECF) to:

Adi Goldstein, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net