Domingo A. Gonzalez
Wyatt Detention Facility
950 High ST.
Central Falls, RI. 02863

UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF RHODE ISLAND

| | | |
|---|---|---|
| USA | : | |
| | : | CR 05-137-06T |
| vs. | : | |
| | : | NOTICE OF APPEAL |
| DOMINGO A. GONZALEZ | : | |
| ______________________________xxx | : | |

The defendant, Domingo A. Gonzalez, Pro Se, hereby gives notice of appeal against the sentence and judgment entered against him by Honorable Ernest C. Torres on March 6th 2007 in this Court at 11:30 AM.

Respectfully Submitted,

Domingo A. Gonzalez Appellant

I certify that a true copy of the foregoing has been mailed this 7th day of March 2007 via certified US. Postal Service to each of the following:

Assistance US. Attorney
Adi Goldstein
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Defendant's Counsel
Robert B. Mann
610 Turks Head Place
Providence, RI 02903