UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 05-137-06T |
| | ) | |
| DOMINGO GONZALEZ | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that the Defendant Domingo Gonzalez hereby appeals to the United States Court of Appeals for the First Circuit from the judgment of conviction and sentence imposed in this action on March 6, 2007.

Domingo Gonzalez
By his Attorney,

/s/ Robert B. Mann_____________________
Robert B. Mann
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
0153

**CERTIFICATION**

I hereby certify that on this 16th day of March, 2007, I did send a true copy of the within document by electronic means (ECF) to:

Adi Goldstein, AUSA

/s/Robert B. Mann
Robert B. Mann #0153
Mann & Mitchell
610 Turks Head Place
Providence, RI 02903
(401) 351-5770
rmann@conversent.net