CJA 24 AUTHORIZATION AND VOUCHER FOR PAYMENT OF TRANSCRIPT (Rev. 12/03)

| | | | |
|---|---|---|---|
| 1. CIR./DIST./ DIV. CODE<br>RIX | 2. PERSON REPRESENTED<br>Domingo Gonzalez | | VOUCHER NUMBER |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>Cr 05-137 | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF *(Case Name)*<br>United States v. Gonzalez | 8. PAYMENT CATEGORY<br>☑ Felony ☐ Petty Offense<br>☐ Misdemeanor ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☑ Adult Defendant ☐ Appellant<br>☐ Juvenile Defendant ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE *(See Instructions)*<br>CC |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
Conspiracy to distribute narcotics and possession with intent to distribute narcotics21 U.S.C. section 846;

## REQUEST AND AUTHORIZATION FOR TRANSCRIPT

12. PROCEEDING IN WHICH TRANSCRIPT IS TO BE USED *(Describe briefly)*
Appeal

13. PROCEEDING TO BE TRANSCRIBED *(Describe specifically). NOTE: The trial transcripts are not to include prosecution opening statement, defense opening statement, prosecution argument, defense argument, prosecution rebuttal, voir dire or jury instructions, unless specifically authorized by the Court (see Item 14).*
Pretrial motions and the trial transcripts, not including jury voir dire or opening or closing arguments, but including jury instructions, which the defense notes have already been provided. Dates- 4/17/2006 to 4/21/2006; 4/24/2006; 12/15/2006; 3/1/2007; 3/6/2007

| 14. SPECIAL AUTHORIZATIONS | JUDGE'S INITIALS |
|---|---|
| A. Apportioned Cost ______ % of transcript with *(Give case name and defendant)* | |
| B. ☐ Expedited ☐ Daily ☐ Hourly Transcript ☐ Realtime Unedited Transcript | |
| C. ☐ Prosecution Opening Statement ☐ Prosecution Argument ☐ Prosecution Rebuttal<br>☐ Defense Opening Statement ☐ Defense Argument ☐ Voir Dire ☑ Jury Instructions | |
| D. In this multi-defendant case, commercial duplication of transcripts will impede the delivery of accelerated transcript services to persons proceeding under the Criminal Justice Act. | |

15. ATTORNEY'S STATEMENT

As the attorney for the person represented who is managed above, I hereby affirm that the transcript requested is necessary for adequate representation. I, therefore, request authorization to obtain the transcript services at the expense of the United States pursuant to the Criminal Justice Act.

[signature] 3/16/2007
Signature of Attorney Date

Robert B. Mann
Printed Name

Telephone Number: (401) 351-5770

☑ Panel Attorney ☐ Retained Attorney ☐ Pro-Se ☐ Legal Organization

16. COURT ORDER

Financial eligibility of the person represented having been established to the Court's satisfaction the authorization requested in Item 15 is hereby granted.

Signature of Presiding Judge or By Order of the Court

Date of Order Nunc Pro Tunc Date

## CLAIM FOR SERVICES

17. COURT REPORTER/TRANSCRIBER STATUS

☐ Official ☐ Contract ☐ Transcriber ☐ Other

18. PAYEE'S NAME AND MAILING ADDRESS

Telephone Number:

19. SOCIAL SECURITY NUMBER OR EMPLOYER ID NUMBER OF PAYEE

| 20. TRANSCRIPT | INCLUDE PAGE NUMBERS | NO. OF PAGES | RATE PER PAGE | SUB-TOTAL | LESS AMOUNT APPORTIONED | TOTAL |
|---|---|---|---|---|---|---|
| Original | | | | | | |
| Copy | | | | | | |
| Expense *(Itemize)* | | | | | | |
| | | | | | **TOTAL AMOUNT CLAIMED:** | |

21. CLAIMANT'S CERTIFICATION OF SERVICE PROVIDED

I hereby certify that the above claim is for services rendered and is correct, and that I have not sought or received payment *(compensation or anything of value)* from any other source for these services.

Signature of Claimant/Payee ____________ Date ____________

## ATTORNEY CERTIFICATION

22. CERTIFICATION OF ATTORNEY OR CLERK I hereby certify that the services were rendered and that the transcript was received.

Signature of Attorney or Clerk Date

## APPROVED FOR PAYMENT — COURT USE ONLY

23. APPROVED FOR PAYMENT

Signature of Judge or Clerk of Court Date

24. AMOUNT APPROVED