AO 435 (Rev. 12/03)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

*Please Read Instructions above*

**FOR COURT USE ONLY**
**DUE DATE:**

| | | | |
|---|---|---|---|
| 1. NAME<br>Robert B. Mann | 2. PHONE NUMBER<br>(401) 351-5770 | 3. DATE<br>3/16/2007 | |
| 4. MAILING ADDRESS<br>Robert B. Mann, One Turks Hd. Place, Suite 610 | 5. CITY<br>Providence | 6. STATE<br>R.I. | 7. ZIP CODE<br>02903 |
| 8. CASE NUMBER<br>Cr. 05-137 | 9. JUDGE<br>Torres | DATES OF PROCEEDINGS<br>10. FROM 4/17/2006 | 11. 3/6/2007 |
| 12. CASE NAME<br>United States v. Domingo Gonzalez | | LOCATION OF PROCEEDINGS<br>13. Providence | 14. Rhode Island |

15. ORDER FOR

| | | | |
|---|---|---|---|
| [X] APPEAL | [X] CRIMINAL | [X] CRIMINAL JUSTICE ACT | [ ] BANKRUPTCY |
| [ ] NON-APPEAL | [ ] CIVIL | [X] IN FORMA PAUPERIS | [ ] OTHER |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [X] TESTIMONY (Specify Witness) | 4/17/2006 -4/21/2006 |
| [ ] OPENING STATEMENT (Plaintiff) | | All witnesses | |
| [ ] OPENING STATEMENT | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [X] PRE-TRIAL PROCEEDING | 4/17/2006; 4/18/2006 |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [X] JURY INSTRUCTIONS | 4/24/2006 | [X] OTHER (Specify) | 4/17/2006-4/21/2006; |
| [X] SENTENCING | 12/15/06;3/1/07;3/6/07 | Everything, but openings and | 4/24/2006; 12/15/2006; |
| [ ] BAIL HEARING | | closings and voir dire | 3/1/2007; 3/6/2007 |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| | | | |
|---|---|---|---|
| 18. SIGNATURE<br>Robert B. Mann | | ESTIMATE TOTAL | 0.00 |
| 19. DATE<br>3/16/2007 | | PROCESSED BY | |
| | | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | | COURT ADDRESS | |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY