05-00137
Judge Torres
USDCRI

MANDATE

# United States Court of Appeals
## For the First Circuit

No.07-1540

UNITED STATES,

Appellee,

v.

DOMINGO A. GONZALEZ,

Defendant - Appellant.

**JUDGMENT**

Entered: June 22, 2007
Pursuant to 1st Cir. R. 27.0(d)

Given appellant's failure to respond to the court's April 13, 2007 show cause order, 07-1540 is hereby dismissed for lack of diligent prosecution in accordance with Local Rule 3.0(b).

By the Court:

Richard Cushing Donovan, Clerk

By MARGARET CARTER
Margaret Carter, Chief Deputy Clerk

Certified and Issued as Mandate under Fed. R. App. P. 41.
Richard Cushing Donovan, Clerk
Deputy Clerk
Date: 7/11/07

[cc: Donald Lockhart, AUSA, Gordon Blakeney Jr., Esq.]