UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

_____
                                   )
UNITED STATES OF AMERICA           )
                                   )
         v.                        )   CR. No. 05-137 S
                                   )
DOMINGO A. GONZALEZ,               )
                                   )
         Petitioner.               )
_____)

**ORDER**

WILLIAM E. SMITH, Chief Judge.

On May 12, 2014, United States Magistrate Judge Lincoln D. Almond issued a Report and Recommendation (ECF No. 235) in the above-captioned matter. Therein, Magistrate Judge Almond recommended that this Court deny Petitioner Domingo A. Gonzalez's Motion for Leave to Appeal in Forma Pauperis. Gonzalez has filed an objection to the R&R (ECF No. 236).

Gonzalez's objection is without merit. The objection simply rehashes arguments already rejected by this Court in denying Gonzalez's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255. Because this Court agrees with the R&R's conclusion that Petitioner's appeal is not taken in good faith based on the frivolous nature of Petitioner's claim, it hereby accepts the R&R pursuant to

28 U.S.C. § 636(b)(1). Petitioner's Motion for Leave to Proceed IFP is DENIED.

IT IS SO ORDERED.

/s/ W.E.Smith
_____
William E. Smith
Chief Judge
Date: July 10, 2014